AO91 (Rev. 12/03) Criminal Complaint   Felmy   AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Raul SALAZAR-Martinez
A076 420 074  Mexico
AKA Raul TREJO-Salazar

**CRIMINAL COMPLAINT**

Case Number: B-17- MJ-250

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __February 12, 2017__ in __Kenedy__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Kenedy County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Brushcrew operations near Armstrong, Texas on February 12, 2017. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on November 1, 1999. The defendant was convicted of Burglary of Habitation on March 8, 1990. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $300 US dollars in his possession at time of arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Rodriguez, Julio M.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

February 14, 2017                                at    Brownsville, Texas
Date                                                       City/State

Ronald G. Morgan     U.S. Magistrate Judge
Name of Judge         Title of Judge                 Signature of Judge